and as Executrix, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Petition of John Ford and Michael A. Ford to Render and Settle Their Account as Executors of Patrick J. Menahan, Deceased, as Administrator of Catherine F. Menahan, Deceased. John Ford and Michael Ford, as Executors of Patrick J. Menahan, Deceased, etc., Appellants. William Drennan, as Executor and Sole Legatee Under the Last Will and Testament of Mary Francis Menahan Drennan, Deceased, and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Petition of the National City Bank of New York, Successor to the People's Trust Company, to Render and Settle Its Account as Administrator de Bonis Non of the Estate of Catherine Noonan, Deceased.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of the Queens Borough Public Library, Respondent, for a Peremptory Mandamus Order Directed to Charles W. Berry, as Comptroller of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of John J. Riordan for Reinstatement to the Bar.— Motion for reinstatement granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Petition of Rose M. Spinella to Render and Settle Her Account as Administratrix of Emanuel Spinella, Deceased. Rose M. Spinella, as Administratrix, etc., Appellant; Bartolo Spinella, as Attorney in Fact, Respondent.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of May Gloria Warren, a Child under the Age of Sixteen Years, Respondent, v. Milo Hepworth, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Arthur R. Isaacson, Respondent, v. Victoria Fader, Appellant, and Charles Marceca and Another, Defendants. Edward J. Raftery, Respondent, v. Victoria Fader and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Morris Iser, Respondent, v. Meyer Hurwitz, Appellant, and Others, Defendants.— Motion to stay referee from distributing proceeds of sale pending hearing and determination of appeal granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Elias Landsberger, Respondent, v. Nilus Building Corporation, Appellant.— Motion for extension of time to perfect and argue appeal denied, with

ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ELIAS LANDSBERGER, Respondent, v. NILUS BUILDING CORPORATION, Appellant, and Others, Defendants.— Motion for extension of time to perfect and argue appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ALFRED A. LA PORTE, Respondent, v. HASCO CONSTRUCTION CORPORATION, Appellant, and Others, Defendants.— Motion for stay of foreclosure and sale granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ALFRED A. LA PORTE, Respondent, v. HASCO CONSTRUCTION CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ETHEL LUBARSKY, Respondent, v. FANNIE EDELMAN, Appellant. SAMUEL LIPSCHUTZ and Another, Defendants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ETHEL MADFES, Respondent, v. BEVERLY DEVELOPMENT CORPORATION and Others, Defendants, and THE COALECON COMPANY, INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MARY A. McDONALD, Appellant, v. KENNY COAL AND ICE CORPORATION, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

HENRY MILES & SONS, INC., Respondent, v. DAVID SEROTA, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

VIOLA MYERS and J. RHODES O'REILLY, as Receiver of Real and Personal Property of HENRY J. MYERS, Respondents, v. HENRY J. MYERS, THE BANKERS TRUST COMPANY, CATHLEEN HARRIET MYERS, MATTHEW P. DOYLE, as Guardian ad Litem of CATHLEEN HARRIET MYERS, etc., Appellants. HAROLD LANE AND THE LENOX HILL HOSPITAL, Defendants.— Motion to discontinue appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

VIOLA MYERS and J. RHODES O'REILLY, as Receiver of Real and Personal Property of HENRY J. MYERS, Respondents, v. HENRY J. MYERS, THE BANKERS TRUST COMPANY, CATHLEEN HARRIET MYERS, MATTHEW P. DOYLE, as Guardian ad Litem of CATHLEEN HARRIET MYERS, an Infant under the Age of Fourteen Years, Appellants. HAROLD LANE and THE LENOX HILL HOSPITAL, Defendants. In the Matter of the Application of MATTHEW P. DOYLE, as Guardian ad Litem of CATHLEEN HARRIET MYERS, an Infant, for an Allowance.— Motion to dismiss